# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2008

136634
& (12)

JOSEPH YOUNT,
      Plaintiff-Appellant,

v

DIANA YOUNT,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136634
COA: 285388
Ingham CC: 07-000663-DC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2008

Clerk

l0624